IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TIFFANY FARLEY ROUNDY, <br> BRADY BURKE ROUNDY, <br> Plaintiffs, <br> v. <br> WELLS FARGO BANK, <br> Defendant. | REPORT AND RECOMMENDATION <br> Case No. 2:12-cv-01032-DN-DBP <br> District Judge David Nuffer <br> Magistrate Judge Dustin B. Pead |

This matter was referred to the Court under 28 U.S.C. § 636(b)(1)(B). (Docket Nos. 4; 36.) On September 19, 2013, Plaintiffs filed an unopposed motion to withdraw their first amended complaint. (Dkt. No. 36.) Plaintiffs seek to withdraw their first amended complaint because they intend to proceed on their motion for leave to file a second amended complaint. Due to Defendant's non-opposition, and for good cause shown, this Court **RECOMMENDS** the District Court **GRANT** Plaintiffs' motion. (Dkt. No. 36.)

Dated this 20th day of September, 2013.   By the Court:

Dustin B. Pead
United States Magistrate Judge