IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TIFFANY FARLEY ROUNDY and BRADY BURKE ROUNDY,<br><br>      Plaintiffs,<br>v.<br><br>WELLS FARGO BANK,<br><br>      Defendant. | Case No.  2:12 cv-1032-DN-DBP<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>District Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

  Before the court is Magistrate Judge Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommending that the court grant Plaintiffs' unopposed motion to withdraw their first amended complaint.[2] No objections were filed. The court has reviewed all relevant materials de novo and adopts the Report and Recommendation in its entirety.

**ORDER**

  Plaintiffs' motion to withdraw their first amended complaint is GRANTED.

  Signed October 7, 2013.

                BY THE COURT

                _____
                District Judge David Nuffer

---

[1] Docket no. 37, filed September 20, 2013.

[2] Docket no. 36, filed September 19, 2013.