IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TIFFANY FARLEY ROUNDY, <br><br> BRADY BURKE ROUNDY, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, <br><br> Defendant. | REPORT AND RECOMMENDATION <br><br> Case No. 2:12-cv-01032-DN-DBP <br><br> District Judge David Nuffer <br><br> Magistrate Judge Dustin B. Pead |

This matter was referred to the Court under 28 U.S.C. § 636(b)(1)(B). (Docket Nos. 4; 29.) On August 29, 2013, Plaintiffs moved for leave to file a second amended complaint. (Dkt. No. 29.) On September 13, 2013, Defendant filed its non-opposition to Plaintiffs' motion. (Dkt. No. 35.) Given Defendant's non-opposition, this Court **RECOMMENDS** the District Court **GRANT** Plaintiffs' motion for leave to file a second amended complaint. (Dkt. No. 29.) This Court further **RECOMMENDS** that Plaintiffs file their second amended complaint, in the form attached to their motion, no later than **ten (10) days** from the date the District Court adopts this Report and Recommendation.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy,

any party may serve and file written objections. Failure to object may constitute a waiver of objections upon subsequent review.

Dated this 18th day of October, 2013.

By the Court:

_____
Dustin B. Pead
United States Magistrate Judge