IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TIFFANY FARLEY ROUNDY and BRADY BURKE ROUNDY,<br><br>                    Plaintiffs,<br>v.<br><br>WELLS FARGO BANK,<br><br>                    Defendant. | Case No.  2:12 cv-1032-DN-DBP<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>District Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

Before the court is Magistrate Judge Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommending that the court grant Plaintiffs' unopposed motion for leave to file a second amended complaint.[2]  No objections were filed.  The court has reviewed all relevant materials de novo and adopts the Report and Recommendation in its entirety.

**ORDER**

Plaintiffs' motion for leave to file a second amended complaint is GRANTED.  Plaintiffs shall file the second amended complaint, in the form attached to their motion, no later than ten days after entry of this order.

Signed November 5, 2013.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 39, filed October 18, 2013.

[2] Docket no. 29, filed August 29, 2013.